AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
3/2/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KM _____ DEPTUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
**3/2/2026**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

United States of America

v.

Luis Salas,

Defendant.

Case No.   2:26-mj-01150-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Calvin Hill, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of January 13, 2026, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Calvin Hill*
Complainant's signature

Calvin Hill, Task Force Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date:    March 2, 2026 at 12:41 pm

Judge's signature

City and state:    Los Angeles, California

Hon. Maria A. Audero, U.S. Magistrate Judge
Printed name and title

AUSA: Christina R.B. López x2475

## AFFIDAVIT

I, Calvin Hill, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint and arrest warrant against Luis Salas ("SALAS") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. BACKGROUND OF AFFIANT

3.    I am a deputized Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), currently assigned to the Los Angeles Field Division, where I investigate cases involving the illegal use, sale, and possession of firearms and narcotics.  I have also been employed by the City of Los Angeles as a Peace Officer for approximately 15 years.  During my tenure as a Peace Officer and a TFO, I have participated in the investigation, surveillance, and arrest of numerous firearms and drug traffickers.  I have written and

i

participated in the execution of several state warrants and participated in several federal search and arrest warrants in investigations related to violations of federal and state firearms and narcotics laws.

4.    I have received training in state and federal firearms and narcotics laws, confidential source handling, drug identification, and various surveillance and investigative techniques.  I also consult regularly with experienced investigators concerning the methods and practices of firearms and narcotics traffickers.  I have become familiar with the efforts of individuals engaged in the importation, smuggling, manufacturing, distribution, and sale of firearms and narcotics to avoid detection and apprehension by law enforcement officers.

### III.  <u>**STATEMENT OF PROBABLE CAUSE**</u>

5.    Based on my review of law enforcement reports, conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

**A.    LAPD Officers Conduct a Traffic Stop.**

6.    According to Los Angeles Police Department ("LAPD") reports and body worn video footage that I have reviewed, on January 13, 2026, at approximately 12:50 a.m., LAPD patrol officers were conducting extra patrol in the area of San Fernando Road and Brandford Street in Los Angeles, when they saw an Alfa Romeo on Brandford Street that did not have a front license plate.  The LAPD officers initiated a traffic stop for violation of California Vehicle Code Section 5200(a) and contacted the two occupants of the Alfa Romeo.

7.    The LAPD officers approached the car, told the driver (later identified as SALAS) the reason for the stop, and requested his driver's license.  During the traffic stop, the officers saw SALAS holding a glass bulbous pipe that appeared to have white residue in it.  Based on their training and experience, the officers believed that the white residue was drugs and the pipe was consistent with drug paraphernalia, in violation of California Health & Safety Code Section 11364(a).  Both SALAS and the passenger were asked to step out of the car.

**B.    The Officers Search SALAS's Car and Find a Firearm and Ammunition.**

8.    Once SALAS was detained and handcuffed, LAPD officers searched his car.  The officers saw that the floormat of the front passenger seat was folded.  Under the floorboard, the officers found a Ruger, Model Mark I, .22 caliber semi-automatic pistol, bearing serial number 1140310 (the "firearm"), with a seated magazine.

9.    The officers attempted to render the firearm safe by releasing the magazine from the top of the pistol grip.  Seeing what the officers were doing, SALAS began directing the officers to remove the magazine from the bottom of the grip, not the top. The magazine was loaded with five rounds of .22 caliber ammunition with headstamp "C".

10.    SALAS was read his <u>Miranda</u> rights and agreed to speak to the officers.  SALAS stated that the firearm was given to him by a friend and that he was holding onto it for the friend.

iii

**C.   SALAS's Criminal History**

11.   I reviewed SALAS's criminal history records and learned that he has previously been convicted of felony crimes, each punishable by a term of imprisonment exceeding one year, including the following:

a.   On or about August 8, 2013, SALAS was convicted of Infliction of Corporal Injury on a Spouse, in violation of California Health & Safety Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, case number LASPA077216.

b.   On or about January 31, 2017, SALAS was convicted of Vehicle Theft, in violation of California Vehicle Code section 10851(a), in the Superior Court of the State of California, County of Los Angeles, case number LAVLA085180.

c.   On or about August 8, 2017, SALAS was convicted of Vehicle Theft with Priors, in violation of California Penal Code Section 666.5, in the Superior Court of the State of California, County of Los Angeles, case number XNWLA085647.

d.   On or about April 29, 2021, SALAS was convicted of Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, case number XCNBA490196.

e.   On or about March 6, 2023, SALAS was convicted of Driving on the Wrong Side of the Highway Resulting in Injury or Death, in violation of California Vehicle Code Section 21651(c), in the Superior Court of the State of California, County of Yolo, case number Cr 2020-426.

iv

f.   On or about June 24, 2024, SALAS was convicted of Vehicle Theft, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, case number LASPA098173.

**D.   Interstate Nexus.**

12.   On February 19, 2026, ATF Special Agent Alexander Liwienski examined information provided to him regarding the firearm and ammunition seized from SALAS.  SA Liwienski confirmed to me that the firearm and ammunition were manufactured outside of California.  Specifically, SA Liwienski informed me that the firearm was manufactured in X, and the BRAND ammunition was manufactured in X.  Because the firearm and ammunition were found in California, they had to have traveled in and affected interstate commerce.

## V.  CONCLUSION

13.   For all of the reasons described above, there is probable cause to believe that SALAS has committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 2ND this day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE
MARIA A. AUDERO

v